**STATE OF LOUISIANA**      *      **NO. 2025-K-0470**

**VERSUS**      *      **COURT OF APPEAL**

**ERICK GARRISON**      *      **FOURTH CIRCUIT**

     *      **STATE OF LOUISIANA**

     *

     *

**\* \* \* \* \* \* \***

## LOBRANO, J., CONCURS IN THE RESULT

I concur in the result reversing the district court's suppression order. I write separately to emphasize that the affidavit contained sufficient facts within its four corners to permit the issuing commissioner to draw a reasonable inference that evidence of the homicide might be found in the identified Instagram account. Our law requires a fair probability, not certainty, and commissioners are entitled to apply common sense and broad reasonable inferences in evaluating digital evidence warrants. As the use of platforms like Instagram progresses and becomes more integrated into daily life, it is likewise common sense that such accounts may hold relevant evidence in serious cases such as homicide. For these reasons, I respectfully concur.